UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:22-cr-20238

v.                                                      Honorable Thomas L. Ludington
                                                            United States District Judge

COLBURN LAMAR WICKER II,

                                                             Honorable Patricia T. Morris
        Defendant.                      United States Magistrate Judge
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS

Magistrate Judge Patricia T. Morris held a hearing and then, on December 27, 2022, recommended that this Court deny Defendant's Motion to Suppress a gun magazine that police officers seized from his car without a warrant. ECF No. 32.

Although Judge Morris said the Parties may object to and seek review of her recommendations within 14 days of service, neither Party objected. They have therefore waived their right to appeal Judge Morris's findings. *See* FED. R. CRIM. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 32, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's Motion to Suppress, ECF No. 21, is **DENIED WITHOUT PREJUDICE**.

**This is not a final order and does not close the above-captioned case**.

Dated: January 11, 2023                                  s/Thomas L. Ludington
                                                                 THOMAS L. LUDINGTON
                                                                 United States District Judge