PS 8
(2/23)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

U.S.A. vs. Colburn Lamar Wicker II						Docket 22-cr-20238

### Petition for Action on Conditions of Pretrial Release

On May 26, 2022, the defendant was released on a $10,000.00 unsecured bond by United States Magistrate Judge Patricia T. Morris with conditions.

### Respectfully presenting petition for action of court and for cause as follows:

The defendant failed to self-surrender to the United States Marshals Service on July 10, 2023, at 1200 p.m. as instructed.  This writer has been unable to establish the defendant's whereabouts or make contact with him.

On July 10, 2023, writer advised Assistant United States Attorney Katharine Hemann and Defense Counsel Ebony L. Ellis of our intent to submit this petition.

 **PRAYING THAT THE COURT WILL ORDER THE CANCELLATION OF BOND, AND A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-10-2023

Respectfully,

/s:/Jessica A. Homann

United States Pretrial Services Officer

Place: Flint, Michigan

**THE COURT ORDERS:**

[ ]  No Action

[ ]  Modification of Pretrial Conditions as Requested

[ ]  Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ X ]  The Issuance of a Warrant [check one of the below]
    [ X ]  Defendant to appear before the Judge assigned to the case
    [ ]  Defendant to appear before the Duty Magistrate Judge

[ ]  The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]  Other

ORDER OF COURT

Considered and ordered this __11th__ day of __July__, 20 _23_ and ordered filed and made a part of the records in the above case.

___s/Thomas L. Ludington___
United States District Judge Thomas L. Ludington