UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Colburn Lamar Wicker,

        Defendant.

Case No. 22-cr-20238

HON. PATRICIA T. MORRIS
United States Magistrate Judge

HON. THOMAS L. LUDINGTON
United States District Judge

_____

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant Colburn Lamar Wicker, and states:

1. Defendant is charged in this case with violation of supervised release, 18 U.S.C. § 03583(e).

2. Defendant is currently incarcerated at the Saginaw County Jail in Saginaw, Michigan, in connection with a different case and is in the custody of the Saginaw County Sheriff.

3. Defendant's Supervised Release violation appearance has been scheduled for **October 28, 2025 at 2:00 p.m.** before U.S. District Judge Thomas L. Ludington at the federal courthouse, 1000 Washington Avenue, Bay City, Michigan. A writ of habeas

1

corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Saginaw County Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer to produce Colburn Lamar Wicker before the judicial officer and at the place and time stated above, or any date thereafter as scheduled by the court.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JEROME F. GORGON, JR.<br>United States Attorney |
| Dated: October 16, 2025 | s/Katharine Hemann<br>Assistant United States Attorney<br>101 First St., Ste. 200<br>Bay City, MI   48708<br>Telephone:  989-895-5712<br>Email: Katharine.Hemann@usdoj.gov |

## ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition, and that said writ shall remain in effect until it has been discharged in writing by the United States Attorney's Office.

Dated: October 17, 2025

s/Thomas L. Ludington
Hon. Thomas L. Ludington
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Colburn Lamar Wicker,

        Defendant.

Case No. 22-cr-20238
Judge Thomas L. Ludington
Magistrate Patricia T. Morris

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**TO:** **Saginaw County Jail, the United States Marshals Service, and any other interested federal law enforcement officer.**

Pursuant to the foregoing petition and order, you are directed to produce defendant Colburn Lamar Wicker before U.S. District Judge Thomas L. Ludington at the federal courthouse, 1000 Washington Avenue, Bay City, Michigan on **October 28, 2025 at 2:00 p.m.** , or any date thereafter as scheduled by the court, for his appearance; and you are also directed to return Colburn Lamar Wicker to the facility in which he is currently incarcerated when his presence before this Court is no longer required, and upon written notification by the United States Attorney's Office that the writ may be discharged.

        KINIKIA D. ESSIX, Clerk of Court

Dated: <u>October 17, 2025</u>

By: <u>s/Kelly Winslow</u>
Deputy Clerk

1. I have executed this Writ as directed.   Date: _____
U.S. MARSHAL'S SERVICE by: _____, Deputy Marshal

2. This Writ is returned unexecuted for the following reason:   _____.
Date: _____   U.S. MARSHAL'S SERVICE by: _____,
        Deputy Marshal#