UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

COLBURN LAMAR WICKER, II,

        Defendant.
_____/

Case No. 1:22-cr-20238

Honorable Thomas L. Ludington
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

**ORDER GRANTING PRETRIAL SERVICES' PETITION TO REVOKE BOND AND DETAINING DEFENDANT TO START BUREAU OF PRISON SENTENCE**

On June 1, 2023, Defendant Colburn Lamar Wicker, II, was sentenced for the charge of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), to 60 months in the Bureau of Prisons. ECF No. 50. This Court permitted Defendant to self-surrender to the United States Marshals Service (USMS) at noon on July 10, 2023, but Defendant failed to do so. ECF No. 51. An arrest warrant was issued on July 11, 2023. ECF No. 52. Defendant was found by the USMS and brought to Court on October 16, 2025, and returned to the Court on October 28, 2025. As stated on the record at the bond hearing held that same day, the Court ordered that Defendant's bond is revoked and that he be detained to begin his 60-month sentence in the Bureau of Prisons.

Accordingly, it is **ORDERED** that the Defendant's bond is **REVOKED**, and Defendant is **ORDERED DETAINED** to begin his term of custody.

Dated: November 5, 2025

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge